# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

David Christian Burns

    *Plaintiff*

v.

City of Spokane

    *Defendant*

Civil Action No. 4:16-cv-05149-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice, ECF No. 11, GRANTED. Plaintiff's Motion to Waive Filing Fee, ECF No. 12, GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion to Voluntarily Dismiss Complaint Without Prejudice, ECF 11, GRANTED. Motion to Waive Filing Fee, ECF 12, GRANTED.

Date: 3/10/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler